IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 14 PM 2: 37

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| MITCH GOREE, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) No. 05-2393-BV |
| v. | ) |
| | ) **JURY DEMAND** |
| UNITED PARCEL SERVICE, INC., | ) |
| TOM RAGLAND in his individual capacity and | ) |
| DANIEL MINESINGER in his | ) |
| individual capacity, | ) |
| | ) |
| **Defendants.** | ) |

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was set for December 19, 2005. Present will be James E. King, Jr., counsel for Plaintiff, and Brian A. Lapps, Jr., counsel for Defendants. Prior to the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed. R. Civ. P. 26(a)(1): January 3, 2006

JOINING PARTIES: February 17, 2006

AMENDING PLEADINGS: February 17, 2006

COMPLETING ALL DISCOVERY: August 18, 2006

    (a)    DOCUMENT PRODUCTION: August 18, 2006

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: August 18, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-15-05

1168496.1



(c) EXPERT WITNESS DISCLOSURE (Rule 26):

(1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: June 16, 2006

(2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: July 18, 2006

(3) SUPPLEMENTATION UNDER RULE 26(e): July 24, 2006

(4) EXPERT WITNESS DEPOSITIONS: August 18, 2006

FILING DISPOSITIVE MOTIONS: September 15, 2006

The trial of this matter is expected to last 4 days. The presiding judge will set this matter for **JURY TRIAL**. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the Court at least ten (10) days before trial.

OTHER RELEVANT MATTERS:

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60 shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

*The parties are ordered to engage in court-annexed attorney mediation or private mediation after the close of discovery.*

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

DATE: December 13, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02393 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

Brian A. Lapps
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT