IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MITCH GOREE,

    Plaintiff,

v.                               No. 05-2393 B/V

UNITED PARCEL SERVICE, INC,
TOM RAGLAND, in his individual capacity,
and DANIEL MINESINGER, in his
individual capacity,

    Defendants.

---

ORDER OVERRULING THE PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE
JUDGE'S ORDER DENYING HIS MOTION TO REOPEN DISCOVERY AND ALLOW
SUPPLEMENTAL BRIEFING

---

On December 14, 2007, the Plaintiff filed a motion to reopen discovery, amend the complaint, and allow supplemental briefing. (Doc. No. 55.) The Court referred this motion to Magistrate Judge Diane K. Vescovo, who denied the relief sought in an order dated January 3, 2008. (Doc. No. 59.) On January 11, 2008, the Plaintiff filed objections to that order, along with a motion to allow supplemental summary judgment briefing. (Doc. No. 60.)

After reviewing the magistrate judge's order and the Plaintiff's objections, the court finds that the ruling was not clearly erroneous or contrary to law and thus AFFIRMS the magistrate judge's conclusions. See Fed. R. Civ. P. 72 (a).

**IT IS SO ORDERED** this 29th day of January, 2008.

                                            s/ J. DANIEL BREEN
                                            UNITED STATES DISTRICT JUDGE